UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 15-70334 MAG |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| AHMED BDOUR, | ) | |
| Defendant. | ) | |

Leave is granted to the government to dismiss the Complaint without prejudice. The Complaint is hereby ordered dismissed without prejudice.

Date: 7/8/15

HOWARD R. LLOYD
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 15-70334 MAG)